WRIGHT, FINLAY & ZAK, LLP
Dana J. Nitz, Esq.
Nevada Bar No. 0050
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 475-7964; Fax: (702) 946-1345
ccrowton@wrightlegal.net
dnitz@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon F/K/A the Bank of New York Successor
Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Structured Asset Mortgage
Investments II Trust, Mortgage Pass-Through Certificates, Series 2006-AR3*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR3, a Delaware Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> NEVADA NEW BUILDS, LLC, a Nevada Limited Liability Company; AFFLUENT REAL ESTATE INVESTORS, LLC, a Domestic Limited Liability Company; CANYON WILLOW TROPICANA (CANYON WILLOW EAST UNIT 1), a Nevada Non-Profit Company; and EQUITY HOLDING CORP., as Trustee for THE EAST TROPICANA AVENUE TRUST NO. 15115151 DATED 12/01/2015, a California Trust, <br><br> Defendants. | Case No.:  2:16-cv-2894 <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO CANYON WILLOW'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT [ECF. NO. 12]** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff, The Bank of New York Mellon F/K/A the Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Structured Asset Mortgage Investments II Trust, Mortgage Pass-Through Certificates, Series 2006-AR3 (hereinafter "Plaintiff"), and Defendant, Canyon Willow Tropicana (hereinafter "Defendant"), by and through their respective attorneys of record, stipulate as follows:

1. On February 16, 2017, Defendant filed a Motion to Dismiss or in the alternative Motion for Summary Judgment [ECF No. 12] (hereinafter "Motion").

2. Plaintiff has until March 2, 2017 to respond to the Motion.

3. The parties stipulate and agree to allow Plaintiff a two week extension to respond to the Motion.

///
///
///
///
///
///
///
///
///
///
///
///
///

4.   The parties stipulate and agree that Plaintiff has up to and including March 16, 2017 to respond to the Motion.

5.   The extension is not being undertaken to cause delay or undue prejudice to the parties or case.

| | |
|---|---|
| DATED this 3rd day of March, 2017.<br><br>WRIGHT, FINLAY & ZAK, LLP<br>_____/s/ Chelsea A. Crowton, Esq._____<br>Chelsea A. Crowton, Esq.<br>Nevada Bar No. 11547<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br>*Attorney for Plaintiff, The Bank of New York Mellon F/K/A the Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Structured Asset Mortgage Investments II Trust, Mortgage Pass-Through Certificates, Series 2006-AR3* | DATED this 3rd day of March, 2017.<br><br>LIPSON, NEILSON, COLE SELTZER & GARIN, P.C.<br>_____/s/ Kaleb Anderson, Esq._____<br>Kaleb Anderson, Esq.<br>Nevada Bar No. 7582<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>*Attorney for Defendant, Canyon Willow Tropicana* |

## **ORDER**

IT IS SO ORDERED.

RICHARD F. BOULWARE, II
United States District Judge

DATED:    March 7, 2017.