LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
MEGAN H. HUMMEL, ESQ.
Nevada Bar No. 12404
JULIE A. FUNAI, ESQ.
Nevada Bar No. 8725
9900 Covington Cross Drive, Ste. 120
Las Vegas, Nevada 89144
(702) 382-1500 phone
(702) 382-1512 fax
kanderson@lipsonneilson.com
mhummel@lipsonneilson.com
jfunai@lipsonneilson.com

Attorneys for Defendants
Canyon Willow Tropicana

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST, MORTGAGE PASS-THROUGH CERTIFICATES. SERIES 2006-AR3, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA NEW BUILDS, LLC, a Nevada Limited Liability Company; AFFLUENT REAL ESTATE INVESTORS, LLC, a Domestic Limited Liability Company; CANYON WILLOW TROPICANA (CANYON WILLOW EAST UNIT 1), a Nevada Non-Profit Company; and QUITY HOLDING CORP., as Trustee for THE EAST TROPICANA AVENUE TRUST NO. 15115151 DATED 12/01/2015, a California Trust,<br><br>Defendants. | CASE NO.: 2:16-cv-02894-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS, OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT [ECF No. 12]** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff, The Bank of New York Mellon fka The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A. as Trustee for the Structured Asset Mortgage Investments II Trust, Mortgage Pass-Through Certificates, Series 2006-AR3 (Plaintiff), and Defendant Canyon Willow Tropicana (Defendant), by and through their counsel of record, stipulate and agree as follows:

1. On February 16, 2017, Defendant filed a Motion to Dismiss or in the alternative Motion for Summary Judgment [ECF No. 12] (hereinafter "Motion")

2. The Parties stipulated to allow Plaintiff up to and including March 16, 2017 to respond to the Motion.

3. Plaintiff filed its Opposition to the Motion on March 16, 2017 [ECF No. 17].

4. Defendant had until March 23, 2017 to file a Reply in Support of the Motion.

5. The parties stipulated and agreed to allow Defendant a two-week extension to file a Reply.

6. The parties agreed and stipulated that Defendant had up to and including April 6, 2017 to file a Reply.

7. Additional time is necessary for counsel to respond due to the influx of cases in this area of litigation

8. The parties stipulate and agree to allow Defendant a one-week extension to file a Reply.

9. The parties agree and stipulate that Defendant has up to and including April 12, 2017 to file a Reply.

///
///
///
///
///
///

10. The extension in not being undertaken to cause delay or under prejudice to the parties of case.

Dated this 6th day of April, 2017

WRIGHT FINLAY & ZAK, LLP

/s/ *Chelsea A. Crowton*
Chelsea A. Crowton, Esq.
Nevada Bar No 11547
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
Attorney for Plaintiff The Bank of New York Mellon

Dated this 6th day of April, 2017

LIPSON, NEILSON, SOLE, SELTZER & GARIN

/s/ *Julie A. Funai*
Julie A. Funai, Esq.
Nevada Bar No 8725
9900 Covington Cross Drive, Ste 120
Las Vegas, NV 89144
Attorney for Defendant Canyon Willow Tropicana

**ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: April 7, 2017