MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar. No. 9401
**AKERMAN LLP**
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  rex.garner@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Structured Asset Mortgage Investments II Trust, Mortgage Pass-Through Certificates, Series 2006-AR3*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR3, a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA NEW BUILDS, LLC, a Nevada limited liability company; AFFLUENT REAL ESTATE INVESTORS, LLC, a domestic limited company; CANYON WILLOW TROPICANA (CANYON WILLOW EAST UNIT 1), a Nevada non-profit company; and EQUITY HOLDING CORP., as Trustee for THE EAST TROPICANA AVENUE TRUST NO. 15115151 DATED 12/01/2015, a California Trust,<br><br>Defendants. | Case No.:  2:16-cv-02894-RFB-EJY<br><br>**STIPULATION AND ORDER DISMISSING CLAIMS AGAINST CANYON WILLOW TROPICANA (CANYON WILLOW EAST UNIT 1)** |

1

53370953;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

EQUITY HOLDING CORP., as Trustee for THE EAST TROPICANA AVENUE TRUST NO. 15115151 DATED 12/01/2015, a California Trust,

                     Counterclaimant,

vs.

THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR3, a Delaware corporation; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,

                     Counterdefendants.

      The Bank of New York Mellon f/k/a The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Structured Asset Mortgage Investments II Trust, Mortgage Pass-Through Certificates, Series 2006-AR3 (**BoNYM**) and Canyon Willow Tropicana (Canyon Willow East Unit 1) (**Canyon Willow**), stipulate as follows:

      1.      This matter relates to real property located at 5710 East Tropicana Avenue #1075, Las Vegas, Nevada 89122, APN 161-21-813-065 (the **Property**).

      2.      BoNYM is the beneficiary of record of a deed of trust recorded against the Property with the Clark County Recorder on November 23, 2005, as Instrument No. 20051123-0002376 (the **Deed of Trust**), executed by Nancy L. Hines to secure a promissory note in the principal amount of $140,500.

      3.      On August 26, 2013, Canyon Willow recorded a foreclosure deed with the Clark County Recorder, as Instrument No. 201308260001618 (the **HOA Foreclosure Deed**), reflecting that Nevada New Builds LLC (**NNB**) acquired the Property at a foreclosure sale of the Property held on August 23, 2013 (the **HOA Foreclosure Sale**).

      4.      On December 14, 2016, BoNYM initiated a quiet title action related to the Property in the United States District Court for the District of Nevada, Case No. 2:16-cv-02894-RFB-GWF (the

**Quiet Title Action**).

5.      BoNYM and Canyon Willow have entered into a confidential settlement agreement in which they have settled all claims between them in this case.

6.      BoNYM and Canyon Willow stipulate and agree all claims between them are dismissed with prejudice, with each party to bear its own attorney's fees and costs.  This dismissal does not affect any other claims or parties.

DATED:  June 8, 2020

| **AKERMAN LLP** | **LIPSON NEILSON P.C.** |
|---|---|
| */s/ Rex D. Garner* | */s/ Megan H. Hummel* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>REX D. GARNER, ESQ.<br>Nevada Bar. No. 9401<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | KALEB D. ANDERSON, ESQ.<br>Nevada Bar No. 7582<br>MEGAN H. HUMMEL, ESQ.<br>Nevada Bar No. 12404<br>990 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144 |
| *Attorneys for The Bank of New York Mellon f/k/a The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Structured Asset Mortgage Investments II Trust, Mortgage Pass-Through Certificates, Series 2006-AR3* | *Attorneys for defendant Canyon Willow Tropicana (Canyon Willow East Unit 1)* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  9th day of June, 2020.

53370953;1

3