MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar. No. 9401
**AKERMAN LLP**
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rex.garner@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Structured Asset Mortgage Investments II Trust, Mortgage Pass-Through Certificates, Series 2006-AR3*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR3, a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA NEW BUILDS, LLC, a Nevada limited liability company; AFFLUENT REAL ESTATE INVESTORS, LLC, a domestic limited company; CANYON WILLOW TROPICANA (CANYON WILLOW EAST UNIT 1), a Nevada non-profit company; and EQUITY HOLDING CORP., as Trustee for THE EAST TROPICANA AVENUE TRUST NO. 15115151 DATED 12/01/2015, a California Trust,<br><br>Defendants. | Case No.:  2:16-cv-02894-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE ON OPPOSITION TO MOTION FOR SUMMARY JUDGMENT [ECF NO. 61]**<br><br>**[FIRST REQUEST]** |

1

53655132;1

EQUITY HOLDING CORP., as Trustee for THE EAST TROPICANA AVENUE TRUST NO. 15115151 DATED 12/01/2015, a California Trust,

                Counterclaimant,

vs.

THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR3, a Delaware corporation; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,

                Counterdefendants.

Plaintiff/Counter-Defendant The Bank of New York Mellon f/k/a The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Structured Asset Mortgage Investments II Trust, Mortgage Pass-Through Certificates, Series 2006-AR3 (**BoNYM)** and Defendant/Counter-Claimants Nevada New Builds, LLC, Affluent Real Estate Investors, LLC, Equity Holding Corp. as Trustee for The East Tropicana Avenue Trust No. 15115151 Dated 12/01/2015 (**Nevada New Builds**, collectively the **parties**), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. BoNYM's filed its renewed motion for summary judgment on June 8, 2020 [ECF No. 60].

2. Nevada New Builds filed its motion for summary judgment on June 8, 2020 [ECF No. 61].

3. Nevada New Builds filed a response to BoNYM's renewed motion for summary judgment on June 26, 2020 [ECF No. 63].

4. BoNYM's opposition to Nevada New Builds' motion for summary judgment is due on June 29, 2020 [ECF No. 61].

///

///

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

53655132;1

5. The parties stipulate and agree to allow BoNYM an additional fourteen (14) days, up to and including **Monday, July 13, 2020**, to file a response to Nevada New Builds' motion for summary judgment.

This is the first request for an extension of these deadlines. This request is not made to cause any undue delay or prejudice to any party.

| DATED: June 29, 2020. | DATED: June 29, 2020. |
|---|---|
| **AKERMAN LLP** | **HONG & HONG LAW OFFICE** |
| */s/ Rex D. Garner* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> REX D. GARNER, ESQ. <br> Nevada Bar No. 9401 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for The Bank of New York Mellon f/k/a The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Structured Asset Mortgage Investments II Trust, Mortgage Pass-Through Certificates, Series 2006-AR3* | */s/ Joseph Y. Hong* <br> JOSEPH Y. HONG, ESQ. <br> Nevada Bar No. 5995 <br> 1980 Festival Plaza Drive, Suite 650 <br> Las Vegas, Nevada 89135 <br><br> *Attorney for Nevada New Builds, LLC, Affluent Real Estate Investors, LLC, Equity Holding Corp. as Trustee for The East Tropicana Avenue Trust No. 15115151 Dated 12/01/2015* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
Case No.: 2:16-cv-02894-RFB-EJY

DATED:  June 30, 2020.

53655132;1

3