MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar. No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Structured Asset Mortgage Investments II Trust, Mortgage Pass-Through Certificates, Series 2006-AR3*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR3, a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA NEW BUILDS, LLC, a Nevada limited liability company; AFFLUENT REAL ESTATE INVESTORS, LLC, a domestic limited company; CANYON WILLOW TROPICANA (CANYON WILLOW EAST UNIT 1), a Nevada non-profit company; and Equity HOLDING CORP., as Trustee for THE EAST TROPICANA AVENUE TRUST NO. 15115151 DATED 12/01/2015, a California Trust,<br><br>Defendants. | Case No.: 2:16-cv-02894-RFB-EJY<br><br>**SUPPLEMENTAL ORDER GRANTING SUMMARY JUDGMENT** |

57455076;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Equity HOLDING CORP., as Trustee for THE EAST TROPICANA AVENUE TRUST NO. 15115151 DATED 12/01/2015, a California Trust,

      Counterclaimant,

vs.

THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR3, a Delaware corporation; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,

      Counterdefendants.

   This Court, pursuant to its oral ruling March 15, 2021 and minutes entered March 16, 2021, finds the HOA foreclosure sale conducted by Canyon Willow Tropicana (Canyon Willow East Unit 1) on August 23, 2013, was a sub-priority sale only. The deed of trust recorded with the Clark County Recorder November 23, 2005 as instrument number 20051123-0002376 (deed of trust), remains a valid, secured encumbrance against the property located at 5710 East Tropicana Ave, #1075, Las Vegas, Nevada 89122, APN 161-21-813-065. All persons or entities who were granted title or an interest in the property through the HOA foreclosure sale took such title or interest subject to the deed of trust. This lis pendens recorded December 15, 2016, as instrument number 20161215-0001357 with the Clark County recorder is expunged.

   This order may be recorded.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
Case No.: 2:16-cv-02894-RFB-EJY

November 20, 2023
DATED

2

57455076;1